■ The People of the State of New York, Respondent, v Jose Pagan, Appellant. [998 NYS2d 646]—

Appeal by the defendant from a resentence of the Supreme Court, Kings County (Brennan, J.), imposed January 24, 2012, upon his conviction of attempted murder in the second degree, assault in the first degree, and criminal possession of a weapon in the second degree, upon a jury verdict, the resentence being five years of postrelease supervision in addition to the determinate terms of imprisonment previously imposed by the same court (Chambers, J.) on January 27, 2000.

Ordered that the resentence is affirmed.

Since the defendant was still serving his original sentence when the resentence was imposed, the resentence to a term including the statutorily required period of postrelease supervision did not subject him to double jeopardy or violate his right to due process of law (*see People v Lingle*, 16 NY3d 621, 630-633 [2011]; *People v Kearney*, 116 AD3d 1064 [2014]; *People v Flowers*, 116 AD3d 710 [2014]).

The period of postrelease supervision imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Rivera, J.P., Hall, Austin, Miller and Maltese, JJ., concur.